UNITED STATES of America, Plaintiff–Appellee,

v.

Daniel SALINAS–VARGAS, a.k.a. Juan Sanchez–Gutierrez, Defendant–Appellant.

No. 06–50512.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 28, 2008.

Annalou T. Tirol, Esq., USSD–Office of the U.S. Attorney, Stewart M. Young, Esq., U.S. Attorneys Office Southern District of California Criminal Division, San Diego, CA, for Plaintiff–Appellee.

Inge Brauer, Esq., San Diego, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Daniel Salinas–Vargas appeals from the 70–month prison sentence imposed follow-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Salinas–Vargas contends his sentence is unreasonable because the record fails to demonstrate, either explicitly or implicitly, the district court's consideration of all the sentencing factors under 18 U.S.C. § 3553(a). We conclude that the district court sufficiently considered the appropriate factors and that the sentence was not unreasonable. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007); *see also Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 594, 169 L.Ed.2d 445 (2007) (explaining that appellate courts review for an abuse of discretion when determining whether a sentence is reasonable).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.